**BARTON & STORTS, P.C.**
**271 North Stone Avenue**
**Tucson, Arizona 85701**
**(520) 882-2802 / (520) 882-5785 (Fax)**
**Brick P. Storts, III**
**lawoffice@brickstorts.com**
**Arizona State Bar No. 004507**
**Attorney for Defendant, DANIEL COURVILLE**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br>vs.<br>**DANIEL COURVILLE,**<br><br>　　　　　　**Defendant.** | No. CR17-482-TUC-CKJ (BGM)<br><br>**MOTION FOR SETTLEMENT CONFERENCE REPORT** |

　　　The Defendant, DANIEL COURVILLE, by counsel undersigned, respectfully requests that the Court order the United States Probation Department to prepare a Settlement Conference Report to determine the Defendant's criminal offense level and criminal history category.  Defendant requests a Settlement Conference Report so that he may knowingly and intelligently consider his trial options, as well as the plea offer now tendered by the government.

　　　Assistant United States Attorney Carin Duryee has no objection to this request.

　　　RESPECTFULLY  SUBMITTED this   15th    day of May, 2017.

　　　　　　　　　　　　　　　　　　**BARTON & STORTS, P.C.**

　　　　　　　　　　　　　　　　　　　_s/ Brick P. Storts, III_
　　　　　　　　　　　　　　　　　　Brick P. Storts, III
　　　　　　　　　　　　　　　　　　Attorney for Defendant

Copy to:

Carin Duryee
Assistant United States Attorney

United States Probation