**BARTON & STORTS, P.C.**
**271 North Stone Avenue**
**Tucson, Arizona 85701**
**(520) 882-2802 / (520) 882-5785 (Fax)**
**Brick P. Storts, III**
**lawoffice@brickstorts.com**
**Arizona State Bar No. 004507**
**Attorney for Defendant, DANIEL COURVILLE**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **DANIEL COURVILLE,**  Defendant. | **No. CR17-482-TUC-CKJ (BGM)**  **CORRECTIONS TO PRESENTENCE REPORT** |

    COMES NOW the Defendant, DANIEL COURVILLE, by and through his counsel undersigned, and hereby requests that the Defendant's presentence report be corrected, in that the offense level computation is incorrect.

    Paragraph 22, predicated on USSG § 2G2.2(b)(7)(D), should state that <u>five</u> (5) levels are added, not a <u>four</u> (4) level increase, as the offense involved 600 or more images. The total offense level is correct, however this was confusing to the Defendant in the way Paragraph 22 was worded.

The report also indicates that the language contained in Paragraphs 9 and 10 of the Defendant's presentence report are in conflict.  The Defendant submits that if all items were erased, the Defendant then could not have been in possession of "eight videos and 137 images depicting child pornography."  Again, this is an issue that was addressed at trial, however the Defendant submits that the information as contained in the presentence report is confusing, and conflicting.

Paragraph 12, however, is consistent with the Defendant's testimony at trial, in that the Defendant stated he downloaded numerous pornographic pictures, in which the minor victims and/or child pornography images were included in the downloads that he made of what he thought was adult pornography, and then deleted the child pornography from his computer.

These are all factors the Court will be considering at the time of sentencing.

RESPECTFULLY SUBMITTED this  19th  day of February, 2019.

                BARTON & STORTS, P.C.

                 s/ Brick P. Storts, III
                Brick P. Storts, III
                Attorney for Defendant

Copy to:

Carin Duryee
Assistant United States Attorney

Daniel True
US Probation Officer